UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION
CASE NO. 01-8338-CIV-DIMITROULEAS

UNITED STATES OF AMERICA.,

    Plaintiff,

-vs-

MARCUS ANGELO,

    Defendant.
_____/

## ORDER OF SUBSTITUTION OF COUNSEL

PURSUANT to the Stipulation for Substitution of Counsel which has been filed with the Court, it is hereby

ORDERED AND ADJUDGED as follows:

DAVID E. NEWMAN, P.A., is hereby substituted as attorney of record for the Plaintiff, UNITED STATES OF AMERICA, in place of ALOYMA M. SANCHEZ, Assistant United States Attorney. ALOYMA M. SANCHEZ is hereby relieved of any further responsibility of representing the Plaintiff, UNITED STATES OF AMERICA, in this matter. All further papers and pleadings shall be served on: DAVID E. NEWMAN, P.A., 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143 .

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida, this 21 day of MAY, 2008.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA vs. MARCUS ANGELO
Case No.: 01-8338-CIV-DIMITROULEAS
Page Two

cc:
DAVID E. NEWMAN, P.A.

ALOYMA M. SANCHEZ
Assistant United States Attorney

MARCUS ANGELO
12450 GUILFORD WAY
WEST PALM BEACH, FL 33414